|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURGEN ARAYI NALBANDYAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. 2:24-cv-10293-JAK (PVCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 41)**<br><br>==JS-6: CASE TERMINATED== |

1  Based on a review of the Stipulation for Dismissal of Entire Action With
2  Prejudice (the "Stipulation" (Dkt. 41)), sufficient good cause has been shown for the
3  requested relief. Therefore, the Stipulation is **APPROVED**.
4  The above action is dismissed with prejudice against all Defendants pursuant to
5  Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and
6  costs. All pending dates and deadlines are vacated.

8  **IT IS SO ORDERED.**

10  Dated:  July 7, 2025       _____
                                John A. Kronstadt
                                United States District Judge